IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| JONATHAN NICANOR GREENLEE and ANNE MICHELLE BLEIER, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 130447C |
| v. | ) ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This matter is before the court on Plaintiffs' letter filed on September 18, 2013, stating that they "would like to cancel [this] appeal * * *." (Ptf's Ltr at 1, Sep 18, 2013.) Plaintiffs also note they would "like to receive a refund for the $240 [filing] fee that was paid[.]" (*Id.*) As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiffs' request.

After considering the matter, the court finds the case should be dismissed. The court cannot issue a refund of a party's filing fee. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

IT IS FURTHER DECIDED that Plaintiffs' request for a refund of the filing fee is denied.

Dated this ___ day of September 2013.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Decision was signed by Magistrate Dan Robinson on September 27, 2013.*
*The court filed and entered this Decision on September 27, 2013.*